ISABEL MICHELA AMSEL
202 E.12TH Ave #409
Tucson, Arizona 85701
ISABEL MICHELA AMSEL (Az Bar No: 023945)
Email: *isabelamsel@outlook.com*
Telephone: (520) 400-0721
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United State of America, | No. CR 18-1084-JAS-LAB |
| Plaintiff, | |
| v. | **MOTION TO ACCELERATE SENTENCE** |
| Librado Alarcon-Gonzalez | |
| Defendant. | |

Defendant, Librado Alarcon-Gonzalez, through undersigned counsel, respectfully requests the Court accelerate the sentencing in this case currently set for November 5, 2018 at 10:00am. at 10:00 am, for the following reasons:

1) Counsel's best estimation of Mr. Alarcon's sentencing range under the plea is a minimum of 4 months with the standard variance language. While the indictment includes charges under 8 USC 1326(b)(1), Counsel believes her client has no qualifying criminal history for 1326(b)(1).

2) Counsel understands that normally sentences are not accelerated until the draft PSI report is accepted by both parties without objections or corrections. However, Counsel understands that the United States

1

Probation presentence officers can make no date available for the PSI interview sooner than August 28, 2018. Mr. Alarcon was arrested May 15, 2018; therefore the minimum range of 4 months will be reached September 15, 2018. Likely the draft report will not be available until after 4 months has lapsed, eliminating not only any chance of application of a variance below the plea agreement range but subverting the good faith in which the pela agreement was entered by Mr. Alarcon.

3) Counsel likewise understands that the problem here is related to the current pressure on the system from increased prosecution and that the probation department is not obstructionist in any way.

Therefore, Counsel asks the Court to accelerate the sentence to the earliest possible date, in the interests of justice.

DATED this 24th day of July, 2018.

By *S/Isabel Michela Amsel*
Attorney for Defendant

**Distribution: All ECF participants**